# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TARQUINNE TRE'VON MCCAIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 5:19-cv-00949-LCB-SGC** |
| ) | |
| **NEIKO WHITE,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On January 27, 2021, U.S. Magistrate Judge Staci G. Cornelius issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the defendants' special report be treated as a motion for summary judgment and further recommending the motion be: (1) granted as to Warden Willie Bennett; and (2) denied as to Sergeant White and Captain Hutton. (Doc. 33). The Magistrate Judge also recommended denying the plaintiff's motion for leave to conduct additional discovery. *Id*. at 14. Plaintiff has not objected to the Report and Recommendation.

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the District Court must conduct a de novo review of those portions of the report to which the party has specifically objected. 28 U.S.C.

§ 636(b)(1). Unchallenged portions of a Magistrate Judge's report are reviewed for clear error. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 33) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court.[1] The Court **ORDERS** that Warden Bennett's motion for summary judgment is **GRANTED**. The Court further **ORDERS** that Sergeant White and Captain Hutton's motion for summary judgment and the plaintiff's motion for leave to conduct additional discovery are **DENIED**. This matter is **REFERRED** to the Magistrate Judge for further proceedings as to the remaining claims.

**DONE** and **ORDERED** this March 3, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Hutton's statement that McCain's "allegation is not correct" is located in his affidavit in Doc. 24–4 at 1.